UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00182-SEB-MJD |
| | ) | |
| JUSTIN M. BODLEY, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation

that Justin M. Bodley's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and  Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of six (6) months in the custody of the Attorney General or

his designee, with no supervised release to follow. The Court recommendations placement at

FCC Terre Haute.

**SO ORDERED.**

Date:   9/26/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO